1
2
3
4
5
6
7

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  KARLUK KHAN MAYWEATHERS,                    CASE NO. 05CV0713 WQH

12                          Plaintiff,           ORDER

        vs.
13  R. Q. HICKMAN, et al.,

14                          Defendants.

15

16  HAYES, Judge:

17      The matter before the Court is the review of the Report and Recommendation (Doc.#93)

18  filed on August 1, 2007 by the United States Magistrate Judge Cathy Ann Bencivengo.

19                              **BACKGROUND**

20      On January 24, 2006, Plaintiff Karluk Khan Mayweathers, a state prisoner proceeding

21  *pro se*, filed a Third Amended Complaint against prison officials alleging civil rights violations

22  pursuant to 42 U.S.C. § 1983.

23      On May 1, 2006, Defendants moved the Court to dismiss Plaintiff's Third Amended

24  Complaint.

25      On March 2, 2007, this Court dismissed with prejudice all of Plaintiff's claims except

26  for the equal protection claim for violation of Plaintiff's Fourteenth Amendment right to be

27  free from racial discrimination based upon the February 18, 2005 incident. Doc # 77.

28      On March 6, 2007, Plaintiff moved the Court for summary judgment in his favor on the

1  only remaining claim for racial discrimination under the equal protection clause of the

2  Fourteenth Amendment.  (Doc. # 80).  Defendants oppose Plaintiff's motion for summary

3  judgment (Doc # 87).

4  On August 1, 2007, United States Magistrate Judge Cathy Bencivengo issued a Report

5  and Recommendation recommending that Plaintiff's motion for summary judgment be denied.

6  The Report and Recommendation concluded that the Plaintiff's evidence does not show that

7  he was treated differently from other inmates based upon his race or establish that Defendants

8  had a policy of intentional racial segregation.

9  The  parties were ordered to file any objections to the Report and Recommendation on

10  or before August 27, 2007.

11  Plaintiff filed objections to the Report and Recommendation.

12  **RULING OF THE COURT**

13  The duties of the district court in connection with the Report and Recommendation of

14  a Magistrate Judge are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28

15  U.S.C. § 636(b)(1).  The district court "must make a de novo determination of those portions

16  of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or

17  in part, the findings or recommendations made by the magistrate."  28 U.S.C. § 636(b)(1). The

18  failure to file objections relieves the trial court of its burden to give *de novo* review to factual

19  findings; conclusions of law must still be reviewed *de novo*.  *Brilla v. Ervin*, 886 F.2d 1514,

20  1518 (9th Cir. 1989).

21  The Court has reviewed *de novo* all aspects of the Report and Recommendation of the

22  Magistrate Judge filed on August 1, 2007 and adopts all portions of the Report and

23  Recommendation. The Magistrate Judge correctly concluded that Plaintiff's evidence does not

24  show that he was treated differently from other inmates based upon his race or establish that

25  Defendants had a policy of intentional racial segregation; that any claim for injunctive relief

26  by Plaintiff is moot; and that the only remaining claim in this case is for an equal protection

27  violation.

28  IT IS HEREBY ORDERED that the Court adopts all portions of the Report and

05CV0713WQH

1  Recommendation (Doc.#93) and that Plaintiff's motion for Summary Judgment (Doc # 80) is

2  DENIED.

3  DATED:  October 26, 2007

4  *William Q. Hayes*
   **WILLIAM Q. HAYES**

5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05CV0713WQH